**E-FILED on**   7/25/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADESH TYAGI, | Case No. C-05-01972 RMW |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| VIKRAM LAMBA, BS LAMBA, and SHIKHA SAWHNEY, | |
| Defendants. | |

On September 30, 2005, the court denied without prejudice plaintiff's motion for default judgment as to defendants after finding that the damages sought were not sufficiently supported and that default had been entered as to only two of the three defendants. Since the time the court issued that order, there has been no further action in this matter. Nearly three years have elapsed since any substantive action has taken place in this case, therefore,

IT IS HEREBY ORDERED that plaintiff file a written response by August 11, 2008 showing cause why this case should not be dismissed for failure to diligently prosecute.

ORDER TO SHOW CAUSE — C-05-01972 RMW
MAG

1  If plaintiffs fail to comply with this order or fail to show good reason for their failure to
2  diligently prosecute, the case will be dismissed.

4  DATED:  7/25/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE — C-05-01972 RMW
MAG

2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff(s):**

Ashwin Virji Ladva          aladva@yahoo.com

**Counsel for Defendant(s):**

No appearance

Each party's counsel is responsible for ensuring that co-counsel receives a copy of this order if co-counsel has not registered for e-filing pursuant to the court's CM/ECF program.

**Dated:**     7/25/08                         /s/ MAG
                                        **Chambers of Judge Whyte**

ORDER TO SHOW CAUSE — C-05-01972 RMW MAG

3