**E-FILED on**   8/15/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADESH TYAGI,<br><br>      Plaintiff,<br><br>    v.<br><br>VIKRAM LAMBA, BS LAMBA, and SHIKHA SAWHNEY,<br><br>      Defendants. | Case No. C-05-01972 RMW<br><br>ORDER OF DISMISSAL |

      On September 30, 2005, the court denied without prejudice plaintiff Adesh Tyagi's motion for default judgment as to defendants after finding that the damages sought were not sufficiently supported and that default had been entered as to only two of the three defendants. Since the time the court issued that order, there has been no further action in this matter.

      On July 25, 2008, the court issued an order that plaintiff submit by August 11, 2008 a written declaration showing cause why this case should not be dismissed for failure to diligently prosecute. Nothing has been filed. Therefore,

ORDER OF DISMISSAL — C-05-01972 RMW
MAG

1   IT IS HEREBY ORDERED that the case above-captioned case is dismissed without prejudice
2  for failure to diligently prosecute. The clerk shall close the file.

DATED:      8/15/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER OF DISMISSAL — C-05-01972 RMW
MAG

2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff(s):**

Ashwin Virji Ladva                    aladva@yahoo.com

**Counsel for Defendant(s):**

No appearance

Each party's counsel is responsible for ensuring that co-counsel receives a copy of this order if co-counsel has not registered for e-filing pursuant to the court's CM/ECF program.

**Dated:**     8/15/08                              /s/ MAG
                                            **Chambers of Judge Whyte**

ORDER OF DISMISSAL — C-05-01972 RMW MAG

3